DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___  --  _____ RTC DOCKET SHEET _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 89/05/10 | RTC-9 | PROOF OF SERVICE FOR THE CONSOLIDATION ORDER FILED ON 89/05/01 FROM Federal Energy Regulatory Commission w/cert. of svc. |
| 89/05/10 | RTC-10 | PROOF OF SERVICE FOR THE CONSOLIDATION ORDER FILED ON 89/05/04 FROM Federal Energy Regulatory Commission w/cert. of svc. |
| 89/07/10 | RTC-11 | PETITION FOR REVIEW AND REQUEST FOR RANDOM SELECTION RECEIVED FROM Interstate Commerce Commission order involving three appeals pending in three circuits as follows: one in the District of Columbia Circuit, one in the Sixth Circuit, and one in the Ninth Circuit.--appealing agency order Ex Parte No. 290 (Sub-No. 5) (89-3), Service Date June 20, 1989 |
| 89/07/10 | RTC-11 | CONSOLIDATION ORDER FILED -- RANDOM SELECTION HELD consolidating three appeals that were pending in three circuits in the District of Columbia. Random Selector Catherine D. Stacey, and Witness Rose E. Washington Notified Interstate Commerce Commission and clerks in involved circuits. |
| 89/08/01 | RTC-11 | PROOF OF SERVICE FOR THE CONSOLIDATION ORDER FILED ON 89/07/10 FROM Interstate Commerce Commission w/cert. of svc. |
| 89/11/14 | RTC-12 | Petition for Review and Request for Random Selection Received from Federal Energy Regulatory Commission order involving three appeals pending in two circuits as follows: two in the District of Columbia Circuit and one in the Second Circuit.--appealing agency order Order Denying Rehearing, 49 FERC 61,069, issued October 19, 1989 |
| 89/11/14 | RTC-12 | CONSOLIDATION ORDER FILED -- RANDOM SELECTION HELD consolidating three appeals that were pending in two circuits in the District of Columbia Circuit. Random Selector Rose E. Washington, and Witness Patricia D. Howard Notified Federal Energy Regulatory Commission and clerks in involved circuits. |
| 89/11/21 | RTC-12 | PROOF OF SERVICE FOR THE CONSOLIDATION ORDER FILED ON 89/11/14 FROM Federal Energy Regulatory Commission w/cert. of svc. |